UNITED STATES of America,
Plaintiff–Appellee,

v.

Abraham WHITE, Defendant–
Appellant.

No. 15–14148
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 20, 2016.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Stephen John Langs, Federal Public Defender's Office, Orlando, FL, Abraham White, Marianna, FL, for Defendant–Appellant.

Before HULL, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Stephan J. Langs, appointed counsel with the Federal Public Defender's Office for Abraham White in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that Langs's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Langs's motion to withdraw is **GRANTED** and White's conviction and sentence are **AFFIRMED.**